96–113. Thompson v. Utomo. *Lucas County*, No. L–95–034. This cause is pending before the court on the certification of conflict by the Court of Appeals for Lucas County. On February 14, 1996, this case was consolidated with Supreme Court case No. 95–2509, *Thompson, Admx., etc., et al. v. Utomo et al.* for purposes of briefing. On April 9, 1996, Supreme Court case No. 95–2509 was dismissed on joint application of the parties.

IT IS ORDERED by the court that the parties show cause, within ten days from the date of this entry, why this cause should not be dismissed.

# DISCIPLINARY DOCKET

94–2254. Cincinnati Bar Assn. v. Sullivan. This cause came on for further consideration upon the filing of respondent's motion to withdraw motion for hearing. Upon consideration thereof,

IT IS ORDERED by the court that respondent's motion be, and is hereby, granted.

IT IS FURTHER ORDERED, *sua sponte*, by the court that the show cause order of November 9, 1995, be vacated, and that this cause be referred to the Office of the Attorney General for collection. STRATTON, J., not participating.